1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   S. WAQAR HASIB (CABN 234818)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       william.frentzen@usdoj.gov
        waqar.hasib@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                     SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,          )  NO. 14-CR-0196-CRB
                                       )
15        Plaintiff,                   )  NOTICE OF DISMISSAL
                                       )
16     v.                              )
                                       )
17  KWOK CHEUNG CHOW, et. al.,         )
                                       )
18        Defendants.                  )
                                       )
19  _____ )

20        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21  States Attorney for the Northern District of California dismisses the following counts from the Second

22  Superseding Indictment in the above-referenced case against the defendants listed in the table below,

23  without prejudice:

24
| Name of defendant | Counts being dismissed by this notice |
| --- | --- |
| Leslie Yun | 90, 91, 93, 94, 95, 96, 97, 98, 102, 104, 105, 106, 107, 108, 109, 115, 117-123, 141, 143-147. |
| Yat Wa Pau | 89-90, 91-98, 102-109, 227 |
| Bryan Tilton | 208 |
| Elaine Liang | 167-168, 172-173, 178, 179-80, 185-86, 189-90, 193,94, 196-97, 198-99, 202-203. |

NOTICE OF DISMISSAL
No. CR 14-CR-0196-CRB
      v. 7/10/2018

| Gary Chen | 192, 197, 198-99, 202-203 |
| Anthony Lai | 191, 196, 198-199, 202-203 |
| Zhanghao Wu | 101, 133 |

Each of these defendants have previously pled guilty to other counts in the Second Superseding Indictment, and have been sentenced. Dismissal of the pending counts listed in the above table will resolve all outstanding charges against these defendants.

DATED:  1/24/2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 14-CR-0196-CRB
    v. 7/10/2018

1                                ORDER

2 Leave is granted to the government to dismiss the charges without prejudice against the defendants

3 listed in the above table.

4

5

6 Date: _____                          _____

                                               HON. CHARLES R. BREYER

7                                                Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
No. CR 14-CR-0196-CRB_____
v. 7/10/2018